## VERDICT CONTRARY TO ALL THE EVIDENCE.

### Circuit Court of Cuyahoga County.

### W. W. McGILL v. JOHN A. WEBER.

Decided, January 16, 1905.

*Trials—Compromise Verdict Set Aside.*

Where the jury returns a verdict which is contrary to the evidence introduced by both plaintiff and defendant it will be set aside.

*Walter C. Ong*, for plaintiff in error.
*Higley & Maurer*, contra.

WINCH, J.; HALE, J., and MARVIN, J., concur.

The plaintiff in error brought an action in the common pleas
court against defendant in error to recover under the statute
money claimed to have been lost at gambling; he recovered a
verdict upon which judgment was entered for $50, which he asks
us to set aside as against the weight of the evidence.   We have

read all the evidence in the case, and if we are to believe plaintiff's witnesses, he should have recovered several hundred dollars; if we are to believe defendant's witnesses, there should have been a verdict for defendant, as he claims plaintiff was indebted to him in the sum of $50; there is no middle ground. Such being the case, it is apparent that the jury absolutely disregarded the evidence in arriving at its conclusion.    Whether there was a "guessing match" in the jury-room, as claimed by counsel for plaintiff in error, we do not know; but it is apparent that the verdict is not sustained by the evidence and for that reason it is set aside.

Judgment reversed.